# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| WILLIAM JARJOUR, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-16 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner William Jarjour ("Jarjour") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notation: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 11, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Jarjour's 28 U.S.C. § 2241 Petition, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of

Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Jarjour *in forma pauperis* status on appeal.

SO ORDERED, this ___2___ day of ___March___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA