AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM JARJOUR,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-016

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered the 2nd day of March 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is DISMISSED without prejudice, Respondent's motion to dismiss is GRANTED as unopposed, and Petitioner is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _/s/ Lisa Godbey Wood_
HON LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 2, 2021

John E. Triplett, Acting Clerk
Clerk

_/s/ Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/2020